# United States Bankruptcy Court
## Northern District of Georgia

In re  **Mary McMullen Ross**  
Debtor(s)

Case No.  
Chapter  **13**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Mary McMullen Ross**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☑ Other

**Starting a new job August 15, 2015.**

Date **July 27, 2015**

Signature **/s/ Mary McMullen Ross**  
**Mary McMullen Ross**  
Debtor