**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                                     Case Number **15−63991−jrs**

United States Bankruptcy Court for the Northern District of Georgia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

**The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/27/15.**

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors − Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mary McMullen Ross
aka Mary McMullen Louise
276 Kristen Court
Conyers, GA 30012

| Case Number:<br>**15−63991−jrs** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−5774 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Craig Z. Black<br>The Semrad Law Firm, LLC<br>Suite 3600<br>101 Marietta Street, NW<br>Atlanta, GA 30303<br>Telephone number: (678) 668−7160 | Bankruptcy Trustee (name and address):<br>Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303<br>Telephone number: (678) 992−1201 |

### Meeting of Creditors
Date: **September 10, 2015**                                                                Time: **09:00 AM**
Location: **Third Floor − Room 368, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed in the building.**

### Deadlines
Papers must be *received* by the Bankruptcy Clerk as follows:
Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **12/9/15**         Governmental unit (unless provided in FRBP 3002 (c)(1)): **1/25/16**
**To file a claim electronically,** visit www.ganb.uscourts.gov and access the ePOC tab.
See additional details about Claims forms and for creditors with foreign addresses on the reverse side.
Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: **11/9/15**
Deadline to Object to Exemptions: Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The plan, if not included with this notice, will be mailed to you when filed.
The hearing on confirmation will be held:   Date: **10/20/15**,   Time: **09:45 AM**,   Location: **Courtroom 1404, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404−215−1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 7/28/15 |

## EXPLANATIONS
B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date.<br><br>All objections to confirmation of the debtor's plan shall be filed with the Clerk prior to the 341 meeting of creditors except for objections arising out of said meeting which may be announced at that meeting and must be filed within seven days following the meeting. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. To file a claim electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B10) visit www.ganb.uscourts.gov and access the Forms tab. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, and after the initial greeting, press #, then enter 18 (court code) for Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

You may visit the Bankruptcy Court to view case information free of charge. Case information may then be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet at www.pacer.gov. The cost to use PACER is ten (10) cents per page up to a maximum of $3.00 per document.

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                        Case No. 15-63991-jrs
Mary McMullen Ross                                                            Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 113E-9          User: avilesj            Page 1 of 2              Date Rcvd: Jul 28, 2015
                              Form ID: b9i             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2015.
db              Mary McMullen Ross,    276 Kristen Court,    Conyers, GA  30012
tr             +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                 Atlanta, GA 30303-1286
19207318       +1stprogress/1stequity/,    P.o. Box 84010,   Columbus, GA 31908-4010
19207322       +Covington Credit,    2166 Salem Rd SE,    Conyers, GA 30013-1824
19207323       +Credit Collection Serv,    164 S Main St,   Madison, GA 30650-1352
19207325       +Department of Justice, Tax Div,    Civil Trial Section, Southern,
                 PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
19207335       +Jared/Sterling Jewelers,    Po Box 1799,   Attn: Bankruptcy,    Akron, OH 44309-1799
19207336       +Med Data Sys,    2001 19th Ave Suite 312,   Vero Beach, FL 32960-3449
19207337       +Office of the Attorney General,    40 Capitol Square, SW,    Atlanta, GA 30334-9057
19207338       +Premier Fin,    5312 Brainerd Rd,   Chattanooga, TN 37411-5327
19207339       +Receivable Recovery Se,    110 Veterans Blvd,    Metairie, LA 70005-3027
19207340       +Rockdale County Magistrate Cou,    945 Court St NE,    Conyers, GA 30012-4539
19207341       +Scana Energy Marketing,    3344 Peachtree Rd Ne Ste,    Atlanta, GA 30326-4808
19207342       +Slm Financial Corp,    11100 Usa Pkwy,   Fishers, IN 46037-9203
19207343        Special Assistant U.S. Attorne,    401 W. Peachtree Street, NW,    STOP 1000-D, Suite 600,
                 Atlanta, GA 30308
19207344       +Stallings Fin Group,    1111 S Marietta Pkwy Se,    Marietta, GA 30060-2885
19207345        Terrance Choates,    Conyers, GA 30012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rjsatlcourtdocs@gmail.com Jul 28 2015 20:16:42      Craig Z. Black,
                 The Semrad Law Firm, LLC,    Suite 3600,   101 Marietta Street, NW,    Atlanta, GA  30303
19207320       +EDI: WFNNB.COM Jul 28 2015 20:04:00      Comenity Bank/Dress Barn,    Attention: Bankruptcy,
                 P.O. Box 182686,    Columbus, OH 43218-2686
19207321       +EDI: WFNNB.COM Jul 28 2015 20:04:00      Comenity Bank/Maurices,    Attention: Bankruptcy,
                 Po Box 182686,    Columbus, OH 43218-2686
19207324       +EDI: CREDPROT.COM Jul 28 2015 20:03:00      Credit Protect Assoc.,    Po Box 802068,
                 Dallas, TX 75380-2068
19207326       +EDI: NAVIENTFKASMDOE.COM Jul 28 2015 20:04:00      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
19207327       +E-mail/Text: bankruptcynotices@devry.edu Jul 28 2015 20:17:37       Devry Inc,    814 Commerce Dr,
                 Oak Brook, IL 60523-1965
19207328       +EDI: NAVIENTFKASMDOE.COM Jul 28 2015 20:04:00      Dpt Ed/slm,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
19207329       +E-mail/Text: bknotification@exeterfinance.com Jul 28 2015 20:17:45       Exeter Finance Corp,
                 Po Box 166097,    Irving, TX 75016-6097
19207330       +EDI: RMSC.COM Jul 28 2015 20:04:00      GECRB/Care Credit,    Attn: bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
19207332        EDI: GADEPTOFREV.COM Jul 28 2015 20:05:00      Georgia Department of Revenue,    Bankruptcy Unit,
                 1800 Century Blvd. Suite 17200,    Atlanta, GA 30345-3205
19207331       +EDI: RMSC.COM Jul 28 2015 20:04:00      Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
19207334        EDI: IRS.COM Jul 28 2015 20:04:00      Internal Revenue Service,    401 W Peachtree St. NW,
                 Stop 334-D,    Atlanta, GA 30308
19207346       +E-mail/Text: usagan.bk@usdoj.gov Jul 28 2015 20:17:11      United States Attorney's Offic,
                 75 Spring Street, S.W.,    Suite 600 U.S. Courthouse,    Atlanta, GA 30303-3315
19207347       +EDI: BLUESTEM.COM Jul 28 2015 20:05:00      Webbank/fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
19207348       +EDI: WFFC.COM Jul 28 2015 20:03:00      Wfdillards,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19207319        Bruce Lynn,    Unknown
19207333*      +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2015                              Signature:   /s/Joseph Speetjens

```
District/off: 113E-9          User: avilesj              Page 2 of 2                  Date Rcvd: Jul 28, 2015
                              Form ID: b9i               Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2015 at the address(es) listed below:
              Craig Z. Black    on behalf of Debtor Mary McMullen Ross rjsatlcourtdocs@gmail.com
              Nancy J. Whaley    ecf@njwtrustee.com
                                                                                             TOTAL: 2
```