**IT IS ORDERED as set forth below:**



**Date: September 8, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARY MCMULLEN ROSS, | ) | CASE NO. 15-63991-JRS |
| | ) | |
| Debtor. | ) | |
| ------------------------------------------- | | |
| | ) | |
| TORRANCE CHOATES, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| MARY MCMULLEN ROSS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on Movant's Motion to Shorten Time of Notice. Movant has filed a Motion for Relief from the Automatic Stay to commence an eviction proceeding in state court due to a default in a residential lease agreement and requests that the motion be heard on less than 14 days notice. This is the Debtor's first bankruptcy case. The only allegation in the

Motion Shorten Time to support the request is the default in payments. If that was sufficient cause to shorten time in such a case, virtually every motion for relief from the automatic stay filed in this court would be subject to being heard on less than 14 days notice, which would defeat the purpose of requiring 14 days notice of hearing. Although it is inconvenient to the Movant to have to wait longer for a hearing, this is simply not an emergency situation. Accordingly, it is hereby

ORDERED that the Motion to Shorten Time is **DENIED**. Movant is directed to set that matter for hearing on a calendar that is 14 day or more from the date the notice of hearing on the Motion for Relief from Stay will be served.

**END OF DOCUMENT**

## **DISTRIBUTION LIST**

**Shannon D Sneed**
Shannon D. Sneed & Associates PC
2112 Lee Street
P. O. Box 1245
Covington, GA 30015

**Mary McMullen Ross**
276 Kristen Court
Conyers, GA 30012

**Craig Z. Black**
The Semrad Law Firm, LLC
Suite 3600
101 Marietta Street, NW
Atlanta, GA 30303

**Nancy J. Whaley**
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303