**IT IS ORDERED as set forth below:**



Date: September 8, 2015

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARY MCMULLEN ROSS, | ) | CASE NO. 15-63991-JRS |
| | ) | |
| | ) | |
| Debtor. | ) | |

------------------------------------------------------------------------------

| | | |
|---|---|---|
| TORRANCE CHOATES, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| MARY MCMULLEN ROSS, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

This matter is before the Court on Movant's Motion to Shorten Time of Notice. Movant has filed a Motion for Relief from the Automatic Stay to commence an eviction proceeding in state court due to a default in a residential lease agreement and requests that the motion be heard on less than 14 days notice. This is the Debtor's first bankruptcy case. The only allegation in the

Motion Shorten Time to support the request is the default in payments. If that was sufficient cause to shorten time in such a case, virtually every motion for relief from the automatic stay filed in this court would be subject to being heard on less than 14 days notice, which would defeat the purpose of requiring 14 days notice of hearing. Although it is inconvenient to the Movant to have to wait longer for a hearing, this is simply not an emergency situation. Accordingly, it is hereby

ORDERED that the Motion to Shorten Time is **DENIED**. Movant is directed to set that matter for hearing on a calendar that is 14 day or more from the date the notice of hearing on the Motion for Relief from Stay will be served.

**END OF DOCUMENT**

# DISTRIBUTION LIST

**Shannon D Sneed**
Shannon D. Sneed & Associates PC
2112 Lee Street
P. O. Box 1245
Covington, GA 30015

**Mary McMullen Ross**
276 Kristen Court
Conyers, GA 30012

**Craig Z. Black**
The Semrad Law Firm, LLC
Suite 3600
101 Marietta Street, NW
Atlanta, GA 30303

**Nancy J. Whaley**
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:                                                              Case No. 15-63991-jrs
Mary McMullen Ross                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: tan              Page 1 of 1             Date Rcvd: Sep 08, 2015
                              Form ID: pdf407        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2015.
db              Mary McMullen Ross,    276 Kristen Court,    Conyers, GA  30012
aty            +Craig Z. Black,    The Semrad Law Firm, LLC,    Suite 3600,    101 Marietta Street, NW,
                 Atlanta, GA 30303-2716
aty            +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
                 Covington, GA 30015-1245
tr             +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                 Atlanta, GA 30303-1286
cr             +Exeter Finance Corp.,    P.O. Box 201347,    Arlington, TX 76006-1347
19207335       +Jared/Sterling Jewelers,    Po Box 1799,    Attn: Bankruptcy,    Akron, OH 44309-1799
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 08 2015 21:31:06
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                 Atlanta, GA 30303-3315
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              +Shannon D Sneed Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
                 Covington, GA 30015-1245
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2015                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2015 at the address(es) listed below:
              Craig Z. Black    on behalf of Debtor Mary McMullen Ross rjsatlcourtdocs@gmail.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Shannon D Sneed    on behalf of Creditor Torrance  Choates bankruptcy@sneedlaw.net
                                                                                             TOTAL: 3