UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARY MCMULLEN ROSS, | ) | 15-63991 JRS |
| | ) | |
| | ) | JUDGE: SACCA |
| | ) | |
| Debtor. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within amended schedules upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

*Debtor*
*(Via Hand Delivery)*
**Mary McMullen Ross**
276 Kristen Court
Conyers, GA 30012

I further certify that, by agreement of parties, **Nancy J. Whaley** , Standing Chapter 13

Trustee, was served via ECF

This Thursday, October 08, 2015

/s/
Ian Grady
GA Bar No. 988358
The Semrad Law, LLC
Suite 3600
101 Marietta Street, NW
Atlanta, GA 30303

## **Supplemental Matrix**

Bruce Lynn
POB 1906
Lithonia, GA 30058

Bruce Lynn
1707 A Salem Woods Dr SE
Conyers, GA 30013

Rockdale County Magistrate Court
945 Court St NE
Conyers, GA 30012