

**IT IS ORDERED as set forth below:**

**Date: October 19, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| | ) | |
| **MARY MCMULLEN ROSS,** | ) | **CASE NO. 15-63991-jrs** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **TORRANCE CHOATES,** | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **MARY MCMULLEN ROSS, Debtor
and NANCY J. WHALEY, Trustee,** | ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The above-styled Motion was called for a hearing on October 6, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee, and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11USC §362(a) automatic stay is modified

for Movant herein, their successors, and assigns, regarding the real property located at 2716 Kristen Court NW, Conyers, GA 30012.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 2716 Kristen Court NW, Conyers, GA 30012. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]


PREPARED AND PRESENTED BY:

/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
*Attorneys for TORRANCE CHOATES*

NO OPPOSITION:

s/ ERIC ROACH, BY EXPRESS PERMISSION

Eric Roach Ga. Bar No. 143194
Attorney for Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Mary McMullen Ross
2716 Kristen Court NW
Conyers, GA 30012

Craig Z. Black
The Semrad Law Firm LLC
101 Marietta St. NW
Atlanta, GA 30303

Torrance Choates
252 Baggs Avenue
Pelham, GA 31779.

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303