IT IS ORDERED as set forth below:



Date: October 19, 2015

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARY MCMULLEN ROSS, | ) | CASE NO. 15-63991-jrs |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| TORRANCE CHOATES, | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| MARY MCMULLEN ROSS, Debtor | ) | |
| and NANCY J. WHALEY, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The above-styled Motion was called for a hearing on October 6, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee, and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11USC §362(a) automatic stay is modified

for Movant herein, their successors, and assigns, regarding the real property located at 2716 Kristen Court NW, Conyers, GA 30012.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 2716 Kristen Court NW, Conyers, GA 30012. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]


PREPARED AND PRESENTED BY:


/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
*Attorneys for TORRANCE CHOATES*

NO OPPOSITION:

<u>s/ ERIC ROACH, BY EXPRESS PERMISSION</u>

Eric Roach Ga. Bar No. 143194
Attorney for Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Mary McMullen Ross
2716 Kristen Court NW
Conyers, GA 30012

Craig Z. Black
The Semrad Law Firm LLC
101 Marietta St. NW
Atlanta, GA 30303

Torrance Choates
252 Baggs Avenue
Pelham, GA 31779.

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:  
Mary McMullen Ross  
    Debtor

Case No. 15-63991-jrs  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: ggd     Page 1 of 1     Date Rcvd: Oct 20, 2015  
                              Form ID: pdf404     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2015.
```
db              Mary McMullen Ross,    276 Kristen Court,    Conyers, GA  30012
aty            +Craig Z. Black,    The Semrad Law Firm, LLC,    Suite 3600,    101 Marietta Street, NW,
                 Atlanta, GA 30303-2716
aty            +Julie M. Anania,    Nancy J. Whaley,    Standing Chapter 13 Trustee,    Suite 120,
                 303 Peachtree Center Ave, N.E.,    Atlanta, GA 30303-1286
tr             +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                 Atlanta, GA 30303-1286
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2015                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2015 at the address(es) listed below:
```
              Craig Z. Black    on behalf of Debtor Mary McMullen Ross rjsatlcourtdocs@gmail.com
              Julie M. Anania    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Shannon D Sneed    on behalf of Creditor Torrance  Choates bankruptcy@sneedlaw.net
```
     TOTAL: 4