UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **MARY MCMULLEN ROSS** | **:** | **CASE NUMBER A15-63991-JRS** |
| | **:** | |
| **DEBTOR** | **:** | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee, will report back following the Confirmation Hearing held on November 9, 2015:**

As to whether Debtor's plan payments current

As to whether Debtor provided tax returns

**The Trustee has reviewed the case as instructed, and:**

The Trustee Recommends Dismissal because:

The Debtor's plan payments remain delinquent

*Please enter an Order of Dismissal*

This the 1st day of December, 2015

___/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
GA. Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

/ds

# CERTIFICATE OF SERVICE

Case No: A15-63991-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
MARY MCMULLEN ROSS
276 KRISTEN COURT
CONYERS, GA 30012

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC
SUITE 3600
101 MARIETTA STREET, NW
ATLANTA, GA 30303

This the 1st day of December, 2015.

/s/_____
   Eric W. Roach
   Attorney for the Chapter 13 Trustee
   State Bar No. 143194
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201