# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
    **Mary McMullen Ross**
    276 Kristen Court
    Conyers, GA 30012

xxx−xx−5774

Case No.: **15−63991−jrs**
Chapter: **13**
Judge: **James R. Sacca**

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____
James R. Sacca
United States Bankruptcy Judge

Dated: December 2, 2015

Form 157

```
                          United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                         Case No. 15-63991-jrs
Mary McMullen Ross                                             Chapter 13
        Debtor             CERTIFICATE OF NOTICE
District/off: 113E-9          User: matott                 Page 1 of 2                  Date Rcvd: Dec 02, 2015
                              Form ID: 157                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2015.
db             Mary McMullen Ross,    276 Kristen Court,    Conyers, GA 30012
aty           +Craig Z. Black,    The Semrad Law Firm, LLC,    Suite 3600,    101 Marietta Street, NW,
                Atlanta, GA 30303-2716
aty           +Eric W. Roach,    Nancy J. Whaley,    Standing Chapter 13 Trustee,    303 Peachtree Center Ave.,
                Suite 120,    Atlanta, GA 30303-1286
aty           +Julie M. Anania,    Nancy J. Whaley,    Standing Chapter 13 Trustee,    Suite 120,
                303 Peachtree Center Ave, N.E.,     Atlanta, GA 30303-1286
aty           +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
                Covington, GA 30015-1245
tr            +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                Atlanta, GA 30303-1286
19207318      +1stprogress/1stequity/,    P.o. Box 84010,    Columbus, GA 31908-4010
19373459      +Bruce Lynn,    POB 1906,    Lithonia, GA 30058-1029
19207322      +Covington Credit,    2166 Salem Rd SE,    Conyers, GA 30013-1824
19207323      +Credit Collection Serv,    164 S Main St,    Madison, GA 30650-1352
19207325      +Department of Justice, Tax Div,    Civil Trial Section, Southern,
                PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
19338251      +Exeter Finance Corp.,    P.O. Box 167399,    Irving, TX 75016-7399
19337039      +Exeter Finance Corp.,    P.O. Box 201347,    Arlington, TX 76006-1347
19277030      +Ford Motor Credit Company, LLC,    c/o MacDowell & Associates, Ltd.,    P.O. Box 450849,
                Atlanta, GA 31145-0849
19207335      +Jared/Sterling Jewelers,    Po Box 1799,    Attn: Bankruptcy,    Akron, OH 44309-1799
19207336      +Med Data Sys,    2001 19th Ave Suite 312,    Vero Beach, FL 32960-3449
19373068      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
19410194       Navient Solutions, Inc.,    Department of Education Loan Services,    Po Box 9635,
                Wilkes-Barre, PA. 18773-9635
19405556       Navient Solutions, Inc. on behalf of,    the Department of Education, Navient,
                Solutions, Inc. Department of Educ-,    ation Loan Services, Po Box 9635,
                Wilkes-Barre, PA. 18773-9635
19207337      +Office of the Attorney General,    40 Capitol Square, SW,    Atlanta, GA 30334-9057
19207338      +Premier Fin,    5312 Brainerd Rd,    Chattanooga, TN 37411-5327
19207339      +Receivable Recovery Se,    110 Veterans Blvd,    Metairie, LA 70005-3027
19207340      +Rockdale County Magistrate Cou,    945 Court St NE,    Conyers, GA 30012-4539
19207341      +Scana Energy Marketing,    3344 Peachtree Rd Ne Ste,    Atlanta, GA 30326-4808
19207342      +Slm Financial Corp,    11100 Usa Pkwy,    Fishers, IN 46037-9203
19207343       Special Assistant U.S. Attorne,    401 W. Peachtree Street, NW,    STOP 1000-D, Suite 600,
                Atlanta, GA 30308
19207344      +Stallings Fin Group,    1111 S Marietta Pkwy Se,    Marietta, GA 30060-2885
19207345       Terrance Choates,    Conyers, GA 30012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19207320      +EDI: WFNNB.COM Dec 02 2015 21:03:00      Comenity Bank/Dress Barn,    Attention: Bankruptcy,
                P.O. Box 182686,    Columbus, OH 43218-2686
19207321      +EDI: WFNNB.COM Dec 02 2015 21:03:00      Comenity Bank/Maurices,    Attention: Bankruptcy,
                Po Box 182686,    Columbus, OH 43218-2686
19207324      +EDI: CREDPROT.COM Dec 02 2015 21:03:00      Credit Protect Assoc.,    Po Box 802068,
                Dallas, TX 75380-2068
19207326      +EDI: NAVIENTFKASMDOE.COM Dec 02 2015 21:03:00      Dept Of Ed/navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
19207327      +E-mail/Text: bankruptcynotices@devry.edu Dec 02 2015 21:40:33      Devry Inc,    814 Commerce Dr,
                Oak Brook, IL 60523-1965
19207328      +EDI: NAVIENTFKASMDOE.COM Dec 02 2015 21:03:00      Dpt Ed/slm,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
19207329      +E-mail/Text: bknotification@exeterfinance.com Dec 02 2015 21:40:46      Exeter Finance Corp,
                Po Box 166097,    Irving, TX 75016-6097
19207330      +EDI: RMSC.COM Dec 02 2015 21:03:00      GECRB/Care Credit,    Attn: bankruptcy,    Po Box 103104,
                Roswell, GA 30076-9104
19207332       EDI: GADEPTOFREV.COM Dec 02 2015 21:03:00      Georgia Department of Revenue,    Bankruptcy Unit,
                1800 Century Blvd. Suite 17200,    Atlanta, GA 30345-3205
19207331      +EDI: RMSC.COM Dec 02 2015 21:03:00      Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
                Roswell, GA 30076-9104
19207334       EDI: IRS.COM Dec 02 2015 21:03:00      Internal Revenue Service,    401 W Peachtree St. NW,
                Stop 334-D,    Atlanta, GA 30308
19323213       EDI: Q3G.COM Dec 02 2015 21:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
19480679       EDI: Q3G.COM Dec 02 2015 21:03:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
19207346      +E-mail/Text: usagan.bk@usdoj.gov Dec 02 2015 21:39:29      United States Attorney’s Offic,
                75 Spring Street, S.W.,    Suite 600 U.S. Courthouse,    Atlanta, GA 30303-3315
19207347      +EDI: BLUESTEM.COM Dec 02 2015 21:03:00      Webbank/fingerhut,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
19293839       EDI: WFFC.COM Dec 02 2015 21:03:00      Wells Fargo Bank NA,    PO Box 10438,
                Des Moines IA    50306-0438
```

```
District/off: 113E-9           User: matott                Page 2 of 2                  Date Rcvd: Dec 02, 2015
                               Form ID: 157                Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19207348        +EDI: WFFC.COM Dec 02 2015 21:03:00      Wfdillards,   Po Box 14517,   Des Moines, IA 50306-3517
                                                                                                 TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19207319          Bruce Lynn,    Unknown
cr*              +Exeter Finance Corp.,    P.O. Box 201347,    Arlington, TX 76006-1347
19207333*        +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
              Craig Z. Black    on behalf of Debtor Mary McMullen Ross rjsatlcourtdocs@gmail.com
              Eric W. Roach    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Julie M. Anania    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Shannon D Sneed    on behalf of Creditor Torrance   Choates bankruptcy@sneedlaw.net
                                                                                          TOTAL: 5